# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID WILSON PEPE,<br><br>        Plaintiff,<br><br>v.<br><br>MARIROSA LAMAS, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 1:15-CV-01688<br><br>(CALDWELL, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 28th day of September, 2015, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaint (Doc. 1), be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint within **thirty (30) days** of the entry of this Order. Failure to file an amended complaint within this timeframe will result in a recommendation of dismissal of this action in its entirety.

**Dated:** September 28, 2015

                                                            *s/ Karoline Mehalchick*
                                                           **KAROLINE MEHALCHICK**
                                                           **United States Magistrate Judge**